# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:20-CV-697-MOC-DCK

| | |
|---|---|
| **RICKY W. CAMPBELL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **ALEJANDRO MAYORKAS,** ) | |
| **Secretary Department Of Homeland Security**, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion Regarding Second Mediation Requirement" (Document No. 53) filed October 12, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

By the instant motion, the parties seek to be excused from the mediation requirement set forth in the "Pretrial Order And Case Management Plan" (Document No. 38). (Document No. 53). The parties note that they participated in an in-person mediation before the Honorable Robert T. Sumner on February 10, 2022, as part of this Court's Pro Se Settlement Assistance Program. Id. See also (Document Nos. 32, 33, 34, 35, and 36). The parties further note that additional mediation is not likely to be productive and would create an unnecessary burden on both sides.

The undersigned is persuaded in this instance that the parties should not be required to conduct an additional mediation.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion Regarding Second Mediation Requirement" (Document No. 53) is **GRANTED**.

**SO ORDERED**.

Signed: October 13, 2022

David C. Keesler
United States Magistrate Judge