UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-697-MOC

| | |
|---|---|
| RICKY W. CAMPBELL, | ) |
| Plaintiff, pro se, | ) |
| vs. | ) |
| CHAD F. WOLF, Acting Secretary, Department of Homeland Security, | ) **ORDER** |
| Defendant. | ) |

**THIS MATTER** is before the Court Defendant's Motion to Strike Reply to Response to Motion, (Doc. No. 48).

The motion is **GRANTED**. As Defendant notes, Exhibits 3, 4, 5, and 6 to Plaintiff's Reply in support of his Motion to Compel, (Doc. 47), do not comply with the Court's Privacy Act Protective Order (Doc. 40). These documents contain confidential and medical information related to other TSA employees uninvolved in this litigation, were clearly marked as "PRIVACY ACT PROTECTED," and there is no basis for unredacted copies of these documents to be in the public record.

**IT IS, THEREFORE, ORDERED** that Defendant's Motion to Strike, (Doc. No. 48), is **GRANTED**, and Exhibits 3, 4, 5, and 6 to Plaintiff's Reply are hereby stricken.

Signed: October 17, 2022

Max O. Cogburn Jr
United States District Judge

1